Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−21336−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia Kizee
   aka Cynthia Ildefonso
   6 Covington Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4951

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 6, 2025.

Dated: February 6, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-21336-ABA |
| Cynthia Kizee | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 06, 2025 | Form ID: plncf13 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Kizee, 6 Covington Drive, Sicklerville, NJ 08081-3042 |
| 520456819 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520456791 | + | Email/Text: bk@avant.com | Feb 06 2025 21:00:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 520456795 | | Email/Text: cfcbackoffice@contfinco.com | Feb 06 2025 20:58:00 | Celtic Bank, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 520456792 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2025 20:55:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520456797 | + | Email/Text: kcohen@stevencohenlaw.com | Feb 06 2025 20:58:00 | Cohen & Cohen Law, LLC, 540 East 180th St, Ste 203, Bronx, NY 10457-3322 |
| 520456798 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 06 2025 20:56:01 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520456800 | | Email/Text: operations@empower.me | Feb 06 2025 20:58:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110 |
| 520456801 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 06 2025 21:07:43 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520456803 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 06 2025 20:57:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520456804 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2025 20:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520511410 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 06 2025 20:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520456805 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 06 2025 20:59:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520456807 | ^ | MEBN | Feb 06 2025 20:50:19 | KML Law Group, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |

| Recipient # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520456806 | + | Email/Text: bankruptcy@kikoff.com | Feb 06 2025 20:57:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 520463726 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 21:07:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520456808 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 20:55:48 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520456810 | + | Email/Text: financeadmin@mdg.com | Feb 06 2025 20:57:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail Pmb# 1993, Wilmington, DE 19808-6124 |
| 520481897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 06 2025 21:07:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520525256 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 06 2025 20:55:46 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520456811 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 06 2025 20:56:09 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 520456812 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 06 2025 21:18:50 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520456813 | + | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Feb 06 2025 20:59:00 | NJ Housing and Mortgage Finance Agency, 637 S Clinton Ave, Trenton, NJ 08611-1811 |
| 520456814 | | Email/Text: bankruptcy@oportun.com | Feb 06 2025 20:57:00 | Oportun, Attn: Bankruptcy, 2 Circle Star Way, San Carlos, CA 94070 |
| 520507106 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2025 21:08:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520456815 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2025 21:08:15 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 520456816 | | Email/Text: signed.order@pfwattorneys.com | Feb 06 2025 20:57:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520502271 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2025 20:59:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520456818 | | Email/Text: bankruptcy@springoakscapital.com | Feb 06 2025 20:56:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 520495544 | | Email/Text: bankruptcy@springoakscapital.com | Feb 06 2025 20:56:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520456817 | + | Email/Text: bankruptcy@sccompanies.com | Feb 06 2025 21:00:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520479673 | + | Email/Text: bankruptcy@sccompanies.com | Feb 06 2025 21:00:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520459966 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 06 2025 21:07:43 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520456820 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 06 2025 21:07:43 | US Dept of Housing and Urban Development, 451 7th Street SW, Washington, DC 20410-0002 |
| 520456796 | | Email/Text: dispute@velocityrecoveries.com | Feb 06 2025 20:59:00 | CKS Prime Investments, LLC, 1800 Rt 34 N, Ste 305, Wall, NJ 07719 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520456793 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520456794 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520456799 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520456802 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520456809 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520456821 | *+ | US Dept of Housing and Urban Development, 451 7th Street SW, Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Cynthia Kizee aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4