

IN THE UNITED STATES BANKRUPTCY COURT

NEW JERSEY

IN PROCEEDINGS:

2421336

DEBTOR(S):

CYNTHIA KIZEE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 18 IN THE AMOUNT OF $418.44

CREDITOR'S SIGNATURE:

/s/Lorel Thompson

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

2/21/2025