| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank |

In Re:

Cynthia Kizee,

Debtor.

Case No.:  24-21336-ABA

Chapter:  13

Hearing Date:  08/12/2025

Judge:  Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled       ☐ Withdrawn

Matter: Motion for Relief re: 6 Covington Drive (Docket # 22)

Date: 08/08/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*