Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−21336−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia Kizee
   aka Cynthia Ildefonso
   6 Covington Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4951

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 12/9/25 at 10:00 AM

to consider and act upon the following:

*29* − Certification in Opposition to (related document:28 Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/18/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Andrew Thomas Archer on behalf of Cynthia Kizee. (Attachments: # 1 Exhibit) (Archer, Andrew)

Dated: 11/17/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court