UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

| | |
|---|---|
| In Re: | Case No.: 24-21336-ABA |
| Cynthia Kizee, | Chapter: 13 |
| | Hearing Date: 12/09/2025 |
| Debtor. | Judge: Altenburg |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 28)

_____

Date: 12/02/2025                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*