# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 24-21336 (ABA)

Cynthia Kizee
6 Covington Drive
Sicklerville, NJ  08081

Monthly Payment: $943.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/06/2025 | $356.00 | 01/17/2025 | $356.00 | 01/31/2025 | $356.00 | 02/14/2025 | $356.00 |
| 02/28/2025 | $356.00 | 03/14/2025 | $356.00 | 03/28/2025 | $356.00 | 04/11/2025 | $356.00 |
| 04/25/2025 | $356.00 | 05/09/2025 | $356.00 | 05/27/2025 | $356.00 | 06/06/2025 | $356.00 |
| 06/23/2025 | $356.00 | 07/07/2025 | $356.00 | 07/18/2025 | $356.00 | 08/01/2025 | $356.00 |
| 08/15/2025 | $356.00 | 08/29/2025 | $356.00 | 09/12/2025 | $356.00 | 09/26/2025 | $356.00 |
| 10/10/2025 | $356.00 | 10/24/2025 | $356.00 | 11/07/2025 | $356.00 | 11/21/2025 | $356.00 |
| 12/05/2025 | $356.00 | 12/19/2025 | $356.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | CYNTHIA KIZEE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $4,150.00 | $4,150.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $985.00 | $0.00 | $985.00 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $507.80 | $0.00 | $507.80 | $0.00 |
| 2 | CKS PRIME INVESTMENTS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CELTIC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | COHEN & COHEN LAW, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $173.73 | $0.00 | $173.73 | $0.00 |
| 7 | EMPOWER CASH ADVANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | FIRST PREMIER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FORTIVA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $3,389.49 | $0.00 | $3,389.49 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $979.98 | $0.00 | $979.98 | $0.00 |
| 12 | KML LAW GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KIKOFF LENDING LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $74.34 | $0.00 | $74.34 | $0.00 |
| 15 | MDG US/CAPITAL COMMUNITY BANK | 33 | $1,115.57 | $0.00 | $1,115.57 | $0.00 |
| 16 | MERRICK BANK | 33 | $1,404.57 | $0.00 | $1,404.57 | $0.00 |
| 17 | MIDFIRST BANK | 24 | $28,597.18 | $3,193.66 | $25,403.52 | $0.00 |
| 18 | NJ HOUSING AND MORTGAGE FINANCE AGENCY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | OPORTUN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $440.82 | $0.00 | $440.82 | $0.00 |
| 21 | PRESSLER, FELT & WARSHAW, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | SEVENTH AVENUE | 33 | $438.43 | $0.00 | $438.43 | $0.00 |
| 23 | SPRING OAKS CAPITAL SPV, LLC | 33 | $987.70 | $0.00 | $987.70 | $0.00 |
| 24 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. DEPARTMENT OF HOUSING & URBAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | US DEPT OF HOUSING AND URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | LVNV FUNDING, LLC | 33 | $1,221.86 | $0.00 | $1,221.86 | $0.00 |
| 31 | LVNV FUNDING, LLC | 33 | $500.12 | $0.00 | $500.12 | $0.00 |
| 32 | DEPARTMENT OF THE TREASURY | 33 | $110.55 | $0.00 | $110.55 | $0.00 |
| 33 | QUANTUM3 GROUP, LLC | 33 | $1,261.12 | $0.00 | $1,261.12 | $0.00 |
| 34 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $815.04 | $0.00 | $815.04 | $0.00 |
| 35 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $918.11 | $0.00 | $918.11 | $0.00 |
| 36 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | MIDFIRST BANK | 24 | $1,688.65 | $117.34 | $1,571.31 | $0.00 |
| 38 | MIDFIRST BANK | 13 | $549.00 | $549.00 | $0.00 | $0.00 |
| 39 | MIDFIRST BANK | 24 | $8,245.85 | $0.00 | $8,245.85 | $0.00 |
| 40 | MIDFIRST BANK | 13 | $250.00 | $0.00 | $250.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2024 | 8.00 | $0.00 |
| 08/01/2025 | Paid to Date | $6,764.00 |
| 09/01/2025 | 4.00 | $943.00 |
| 01/01/2026 | 47.00 | $967.00 |
| 12/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,256.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $640.80 |
| Arrearages: | $924.00 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**