Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24–21336–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cynthia Kizee
aka Cynthia Ildefonso
6 Covington Drive
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–4951

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        5/28/26
Time:        02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney, period: 1/25/2026 to 4/27/2026.

COMMISSION OR FEES
fee: $1,130.00.

EXPENSES
$3.09.

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
         creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 27, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Cynthia Kizee

     Debtor

Case No. 24-21336-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2026 | Form ID: 137 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Kizee, 6 Covington Drive, Sicklerville, NJ 08081-3042 |
| 520459966 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520456820 | + | US Dept of Housing and Urban Development, 451 7th Street SW, Washington, DC 20410-0002 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520456791 | + | Email/Text: bk@avant.com | Apr 27 2026 21:08:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 520456795 | | Email/Text: cfcbackoffice@contfinco.com | Apr 27 2026 21:07:00 | Celtic Bank, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 520456792 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2026 21:05:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520456797 | + | Email/Text: kcohen@cohenlawfirmllc.com | Apr 27 2026 21:07:00 | Cohen & Cohen Law, LLC, 540 East 180th St, Ste 203, Bronx, NY 10457-3322 |
| 520456798 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2026 21:05:39 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520456800 | + | Email/Text: operations@tilt.com | Apr 27 2026 21:07:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110-2102 |
| 520456801 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2026 21:05:55 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520456803 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 27 2026 21:06:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520456804 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2026 21:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520511410 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2026 21:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520456805 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 27 2026 21:07:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520456807 | ^ | MEBN | Apr 27 2026 21:00:02 | KML Law Group, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 520456806 | + | Email/Text: bankruptcy@kikoff.com | Apr 27 2026 21:06:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, |

| Recip ID | | Email Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CA 94111-1423 |
| 520463726 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 21:05:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520456808 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 21:05:28 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520456810 | + | Email/Text: financeadmin@mdg.com | Apr 27 2026 21:06:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail Pmb# 1993, Wilmington, DE 19808-6124 |
| 520481897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2026 21:05:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520525256 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 27 2026 21:05:24 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520456811 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2026 21:05:24 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 520456812 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 27 2026 21:05:38 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520456813 | + | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Apr 27 2026 21:07:00 | NJ Housing and Mortgage Finance Agency, 637 S Clinton Ave, Trenton, NJ 08611-1811 |
| 520456814 | | Email/Text: bankruptcy@oportun.com | Apr 27 2026 21:06:00 | Oportun, Attn: Bankruptcy, 2 Circle Star Way, San Carlos, CA 94070 |
| 520507106 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2026 21:05:40 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520456815 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2026 21:05:40 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 520456816 | | Email/Text: signed.order@pfwattorneys.com | Apr 27 2026 21:06:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520502271 | | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2026 21:07:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520495544 | | Email/Text: bankruptcy@springoakscapital.com | Apr 27 2026 21:06:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 520456818 | | Email/Text: bankruptcy@springoakscapital.com | Apr 27 2026 21:06:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 520456819 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 27 2026 21:06:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520456817 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2026 21:08:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520479673 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2026 21:08:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520456796 | | Email/Text: bnc_4301@velocityrecoveries.com | Apr 27 2026 21:07:00 | CKS Prime Investments, LLC, 1800 Rt 34 N, Ste 305, Wall, NJ 07719 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520456793 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520456794 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520456799 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 27, 2026 | Form ID: 137 | Total Noticed: 37

| | | |
|---|---|---|
| 520456802 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520456809 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520456821 | *+ | US Dept of Housing and Urban Development, 451 7th Street SW, Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Cynthia Kizee aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Richard Abel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6