UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for MidFirst Bank

In Re:

Cynthia Kizee aka Cynthia Ildefonso

Debtor

| | |
|---|---|
| Case No.: | 24-21336 ABA |
| Chapter: | 13 |
| Hearing Date: | August 25, 2026 |
| Judge: | Andrew B. Altenburg Jr. |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ■ Withdrawn

Matter: Creditor's Certification of Default (Document No. 53)

Date: August 11, 2026

/s/ Matthew Fissel
Signature