UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
Attorney ID 005272008
Brenner, Spiller and Archer
125 Route 73 North
West Berlin, NJ 08092
(856) 963-5000
Attorney for Debtor

**Order Filed on August 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Cynthia Kizee,

Debtor(s).

Case No.: 24-21336

Chapter: 13

Judge: Andrew B. Alter

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 25, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Andrew T. Archer, Esquire, the applicant, is allowed a fee of $ 915 for services rendered and expenses in the amount of $ 5.10 for a total of $ 920.10 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 1,338 per month for 38 months to allow for payment of the above fee.

*rev.8/1/15*